## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MAX D. SIEGEL and | ) | |
| ANGELA M. SIEGEL, | ) | |
| | ) | |
| Plaintiffs, | ) | 8:08CV517 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| DEUTSCHE BANK NATIONAL | ) | |
| TRUST CO., et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court sua sponte and pursuant to NECivR 41.1, which states in pertinent part: "The court may at any time dismiss an action for lack of prosecution when it appears it is not being prosecuted with reasonable diligence."  Further, Fed. R. Civ. P. 4(m) establishes a 120-day time limit for service of process on the defendant in a civil case, absent a showing of good cause.

In this case the complaint was filed on December 1, 2008.  **See** Filing No. 1. Accordingly, the deadline for service of process expired **on or about April 1, 2009**.  No summonses have been issued in this case and there is no proof of service of process on any of the defendants.  Therefore, the plaintiffs must make a showing of good cause for the failure of service or the action must be dismissed as against the defendants. Upon consideration,

**IT IS ORDERED:**

The plaintiffs shall show cause why this case should not be dismissed for failure to prosecute.  The showing of cause shall be filed electronically on or before the close of business **on April 16, 2009**.

Dated this 2nd day of April, 2009.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge