## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MAX D. SIEGEL and <br> ANGELA M. SIEGEL, <br><br> Plaintiffs, <br><br> v. <br><br> DEUTSCHE BANK NATIONAL TRUST <br> CO., et al., <br><br> Defendants. | 8:08CV517 <br><br> ORDER |

This matter is before the court on the motion of Matthew T. Knoblauch (Filing No. 50) to withdraw as counsel for the plaintiffs. The court set the matter for hearing on October 1, 2009, requiring the plaintiffs to be present and Mr. Knoblauch to serve a copy of the hearing order on the plaintiffs. Mr. Knoblauch represented he sent the plaintiffs a copy of the order by electronic mail and by regular mail. Neither of the plaintiffs appeared at the hearing. Mr. Knoblauch states he has obtained employment which prevents him from representing private clients and there has been a breakdown of communication between the plaintiffs and himself. The plaintiffs did not respond to the motion and no substitute counsel has entered an appearance. Under the circumstances, the movant has shown good cause to withdraw from his representation of the plaintiffs. Upon consideration,

**IT IS ORDERED:**

1. Matthew T. Knoblauch's motion to withdraw (Filing No. 50) is granted.

2. Max D. Siegel and Angela M. Siegel are hereby considered proceeding *pro se* and counsel for the defendants may communicate with the plaintiffs directly regarding this case.

3. The Clerk of Court shall reassign this case to the pro se docket in accordance with General Order No. 2007-13.

5. The Clerk of Court shall send a copy of this order to the plaintiffs at their last known address:

> Max D. Siegel
> Angela M. Siegel
> 3245 West 56th Street
> Kearney, Nebraska 68845-4075

DATED this 2nd day of October, 2009.

> BY THE COURT:
>
>  s/Thomas D. Thalken
> United States Magistrate Judge